1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  DAVID R. CALLAWAY (DCBN 121782)
   Chief, Criminal Division
4
   MARC PRICE WOLF (CABN 254495)
   Special Assistant United States Attorney
5
6       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
7       Telephone: (415) 436-6488
        FAX: (415) 436-7234
8       marc.wolf@usdoj.gov

9  Attorneys for the United States of America

**FILED**

JAN 1 2 2015

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) NO. CR 14-367 |
| v. | ) NOTICE OF DISMISSAL & [PROPOSED] ORDER |
| VILIAMI TISILELI FIFITA, | ) |
| Defendant. | ) |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above captioned Information. The defendant has successfully completed pretrial diversion.

DATED: January 12, 2015          MELINDA HAAG
                                 United States Attorney

                                         /s/
                                 _____
                                 MARC P. WOLF
                                 Special Assistant United States Attorney

NOTICE OF DISMISSAL (CR 14-367)

**[PROPOSED] ORDER**

Leave is granted to the government to dismiss the information.

Date: 1/12/15

_____
MARIA-ELENA JAMES
United States Magistrate Judge

NOTICE OF DISMISSAL (CR 14-367)